IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 15-03051-02-CR-S-MDH |
| RONDA L. EASTON, | ) ) ) | |
| Defendant. | ) ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One, Three and Ten contained in the Second Superseding Indictment filed on August 25, 2015, and Defendant's admittance of the Forfeiture Allegations Three, Four and Five contained in the Second Superseding Indictment, are now Accepted. The Defendant is Adjudged Guilty of such offense. Sentencing will be set by subsequent Order of the Court.

*s/Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

Date: July 20, 2016