IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:15-cr-03051-MDH |
| ) | |
| RONDA L. EASTON, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Defendant Ronda L. Easton's ("Defendant's") pro se motion for compassionate release. In 2016, Defendant pled guilty to Counts One, Three, and Ten of the Second Superseding Indictment. (Doc. 297). Specifically, Defendant pled guilty to conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A); possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A); and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

This Court sentenced Defendant to 192 months imprisonment on Counts One and Ten, followed by 60 months imprisonment on Count Three, totaling 252 months imprisonment. (Doc. 298). The Court also sentenced Defendant to concurrent terms of three and five years of supervised release following imprisonment. (Doc. 298). Defendant's projected release date is October 10, 2036. Defendant moves the Court for release, based on alleged lack of medical care for including various cardiovascular and neurological conditions. (Doc. 393 at 1). Defendant also takes issue with provision of adequate psychological care. (Doc. 393 at 2). The Government opposes Defendant's Motion. The government argues, among other things, that Defendant has not alleged facts that show extraordinary and compelling reasons to warrant a reduction. (Doc. 397).

After careful consideration of the record before the Court, including the arguments contained in the Government's response, the Court hereby **DENIES** Defendant's motion. Defendant has not included in her Motion sufficient evidence, beyond Defendant's own allegations, to establish the Bureau of Prisons has failed to provide the requisite level of care. The Court finds that Defendant has not established that her situation is so extraordinary or compelling that she should be immediately released.

**IT IS SO ORDERED**.

DATED: April 23, 2024 */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**